UNITED STATES OF AMERICA ) Case No. 3:12 CA 00035-1
V ) Honorable Judge Trauger
CHRISTIAN GUTIERREZ )

**Motion DENIED as MOOT.**

*/s/ Judge Trauger/*

## MOTION TO WITHDRAW PLEA OF GUILT AND SET A STATUS CONFERENCE

Comes Now the defendant, Christian Gutierrez by Prose motion Respectfully Requesting that this Honorable Court enter an order Selecting a date in favor of the Court for a Status Conference and to REJECT MY PLEA Of Guilt. For the following reasons to list a few of many. I was arrested July 27, 2011 and I was turned over to the Feds and taken into custody by the US Marshal Service on April 11, 2012 and I wasn't indicted until February 16, 2012. I have Requested my Attorney Richard Tennent to Preform SEVERAL Duties for me in Regards to my case that he has not and will not do. First and formost is we have BAD Communication if we can't talk or see each other on a regular basis then how can he defend me or have my BEST Intrest at heart. He is also given me misleading information why I'm I Pleading Guilty to a 922(G)/924 A Felon

in Possession of a firearm charge when I'm not even a convicted Felon??? I'm being told that I should just take 63 months and get this case over with. But I have studied my case and this is Not IN MY BEST INTREST and this is Not what I want to do. If Mr. Tennent will not Defend me Properly then I request new counsel so I can Proceed forward and exercise my rights to Proceed to Trial. My Request for A status conference is so I can make you aware of ALL my issues and concerns and so this Honorable Courts time will not be wasted. I submit this request Respectfully for a date convenient to the court.

TO: Honorable Judge
Aleta A. Trauger
U.S Courthouse
801 Broadway
Nashville, TN 37203

Original Honorable Judge Trauger
CC: Personal File

Respectfully Submitted
Christian Gutierrez OCA#43
D.C.S.O P.O Box 196383
Nashville, TN 37219-638